UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAMONE WELLS,

    Plaintiff,

v.                                                        Case No. 2:06-cv-208
                                                        HON. GORDON J. QUIST

CHARLES NAGELE, et al.,

    Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.    The Report and Recommendation of the Magistrate Judge (Docket #5) is approved and adopted as the opinion of the Court.

        2.    Plaintiff's complaint is dismissed for failure to state a claim. The Court can discern no good-faith basis for an appeal. Accordingly, an appeal of this action would not be taken in good faith.

        3.    Plaintiff's motion for the appointment of counsel (Docket #6) is DENIED.

Dated:  November 17, 2006                                    /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE